## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN B. and P.B., <br><br>         Plaintiffs, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., <br><br>         Defendant. | Civil Action No.: <br> 1:26-cv-10055 |

### JOINT MOTION TO ENTER PROTECTIVE ORDER

Plaintiffs John B. and P.B. ("Plaintiffs") and defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") (collectively, the "Parties"), by and through their respective counsel, hereby jointly move that the Court endorse the attached Protective Order.  As grounds for this motion, the Parties state as follows:

1.      This is a dispute which involves confidential and proprietary information for which special protection from public dissemination or disclosure (and from use for any purpose other than prosecuting and defending this action) is warranted.

2.      The Parties represent in good faith that certain documents and information may contain confidential and proprietary information and that there is good cause to limit disclosure of such information.

3.      In order to preserve the proprietary interests of the Parties in the confidential, and proprietary information, the Parties have agreed to the attached Protective Order.

4.      The entry of this Protective Order will not put any undue burden on this Court.

**JOHN B. and P.B.,**

By: _/s/ Brian S. King_
Brian S. King, Utah Bar No. 4610
brian@briansking.com
Brent J. Newton, Utah Bar No. 6950
brent@briansking.com
Samuel M. Hall, Utah Bar No. 16066
samuel@briansking.com
Andrew J. Somers, Utah Bar No. 19078
andrew@briansking.com
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT  84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936

Date: May 22, 2026

**BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,**

By: _/s/ Lisa K. Haines_
Lisa K. Haines, BBO No. 667802
lhaines@seyfarth.com
**SEYFARTH SHAW LLP**
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Amanda L. Genovese, NY Bar No. 5096011
agenovese@seyfarth.com
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
_(pro hac vice admission)_

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

_/s/ Lisa K. Haines_
Lisa K. Haines

2